**Bruce A. Neilson #096952**
**7108 N. Fresno St. #190**
**Fresno, California 93720**
**Telephone (559) 432-9831**
**Facsimile (559) 432-1837**

**Attorney for Defendants**
Andre Torigian and Takoohi Torigian
dba Andre's Liquor and as Trustees of the
Takoohi and Andre Torigian Trust

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \*

| | |
|---|---|
| RONALD MOORE, | CASE NO. 1:13-cv-01063-LJO-BAM |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE MANDATORY SCHEDULING CONFERENCE |
| vs. | |
| ANDRE TORIGIAN dba ANDRE'S LIQUOR and as Trustee of the Takoohi and Andre Torigian Trust; TAKOOHI TORIGIAN dba ANDRE'S LIQUOR and as Trustee of the Takoohi and Andre Torigian Trust, | Current Date: October 31, 2013<br>Time: 9:00 a.m.<br>Ctrm: #8 (6th Fl)<br><br>Barbara A. McAuliffe<br>U.S. Magistrate Judge |
| Defendants. | |

WHEREAS:

1. Plaintiff Ronald Moore filed this action on July 11, 2013.

2. Plaintiff and Defendants are in settlement negotiations at this time and a CASp report has been completed and is being reviewed. It is expected that pending discussions will resolve the matter shortly

3. Parties agree that settlement of this case would save valuable court time and resources.

NOW THEREFORE, Defendants through their attorney, and Plaintiff Ronald Moore, through his attorneys, hereby stipulate and agree that the mandatory scheduling conference in this matter shall be continued to a date on or after November 7, 2013 at the Court's convenience,

pending court approval.

IT IS SO STIPULATED.

Dated: October 24, 2013                           /s/ Bruce A. Neilson
                                                  Bruce A. Neilson, Attorney for Defendants

                                                  MOORE LAW FIRM, PC

Dated: October 24, 2013                           /s/ Tanya E. Moore
                                                  Tanya E. Moore, Attorneys for Plaintiff

## ORDER

The Parties having so stipulated and good cause appearing, **IT IS HEREBY ORDERED** that the mandatory scheduling conference in this action be continued from October 31, 2013 to November 18, 2013 at 9:30 am in Courtroom 8 of the above entitled court. A joint scheduling report shall be filed no later than seven (7) days prior to this date.

IT IS SO ORDERED.

Dated:   **October 25, 2013**                     /s/ Barbara A. McAuliffe
                                                  UNITED STATES MAGISTRATE JUDGE