1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California 95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  E-mail:  tanya@moorelawfirm.com

5  Attorneys for Plaintiff
   Ronald Moore

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE, | No. 1:13-cv-01063-LJO-BAM |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF ACTION; ORDER** |
| vs. | |
| ANDRE TORIGIAN dba ANDRE'S LIQUOR and as Trustee of the Takoohi and Andre Torigian Trust; TAKOOHI TORIGIAN dba ANDRE'S LIQUOR and as Trustee of the Takoohi and Andre Torigian Trust, | |
| Defendants. | |

1    IT IS HEREBY STIPULATED by and between Plaintiff Ronald Moore and Defendants Andre Torigian dba Andre's Liquor and as Trustee of the Takoohi and Andre Torigian Trust, Takoohi Torigian dba Andre's Liquor and as Trustee of the Takoohi and Andre Torigian Trust, the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety. Each party is to bear its own attorneys' fees and costs.

Dated: November 26, 2013          MOORE LAW FIRM, P.C.


                                  */s/ Tanya E. Moore*
                                  Tanya E. Moore
                                  Attorney for Plaintiff
                                  Robert Moore



Dated: November 26, 2013          */s/ Bruce A. Neilson*
                                  Bruce A. Neilson
                                  Attorneys for Defendants
                                  Andre Torigian dba Andre's Liquor and as
                                  Trustee of the Takoohi and Andre Torigian
                                  Trust, Takoohi Torigian dba Andre's Liquor
                                  and as Trustee of the Takoohi and
                                  Andre Torigian Trust


**ORDER**

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety. Each party shall bear its own attorney's fees and costs. The clerk is directed to close this action.


IT IS SO ORDERED.

Dated:   **November 27, 2013**          **/s/ Lawrence J. O'Neill**
                                        UNITED STATES DISTRICT JUDGE